UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
NOV 0 5 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**PAUL SAMUEL WILLIAMS, aka "G,"**<br><br>Defendant. | Criminal No. 1:24-CR- 72<br><br>Violation(s): 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(vi) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Distribution of Forty Grams or More of Fentanyl)

On or about July 3, 2024, in Harrison County, in the Northern District of West Virginia, defendant **PAUL SAMUEL WILLIAMS, aka "G,"** did unlawfully, knowingly, intentionally, and without authority distribute forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

## COUNT TWO

(Distribution of Forty Grams or more of Fentanyl)

On or about July 18, 2024, in Harrison County, in the Northern District of West Virginia, defendant **PAUL SAMUEL WILLIAMS, aka "G,"** did unlawfully, knowingly, intentionally, and without authority distribute forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in exchange for a sum of United States currency, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

A true bill,

/s/
Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney